# UNITED STATES DISTRICT COURT
## District of Minnesota

Hector Juarez Angeles

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, and Eric Tollefson

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: **0:26-cv-00916 PJS/ECW**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED.
2. The Court DECLARES that petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).
3. Respondents are ORDERED to release petitioner from custody immediately. If petitioner has been removed from Minnesota, respondents must immediately return petitioner to Minnesota.
4. The remainder of petitioner's petition is DENIED WITHOUT PREJUDICE.

Date: 2/6/2026

KATE M. FOGARTY, CLERK